PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:04-CR--628-TWT

DOCKET NUMBER *(Rec. Court)*
1:06-CR-68T-LDA

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

Joseph Gonzalez
201 Carnation Street
Second Floor
Pawtucket, RI

DISTRICT
Northern District of Georgia

DIVISION
Marietta

NAME OF SENTENCING JUDGE
Honorable Judge Thrash

| DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 04/27/06 | TO 04/26/09 |
|---|---|---|

OFFENSE

Possession of Firearm by a Convicted Felon

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/25/06
Date

Thomas W. Thrash
Honorable Thomas Thrash
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/2/06
Effective Date

Ernest C Torres
Honorable
United States District Judge