FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 14 2004

LUTHER D. THOMAS, Clerk
By: L. Wade-Childs Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA :
 :
v. :
 :
JOSEPH TEIXIERA GONCALVES :

CRIMINAL INDICTMENT

NO. 1:04-CR-628

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about September 4, 2003, in the Northern District of Georgia, the defendant, JOSEPH TEIXIERA GONCALVES, having been convicted in 1999 of Carrying a Pistol Without a Permit in the Superior Court of Providence and Bristol Counties, Connecticut, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms; those being: a Bryco, model J25, .25 caliber pistol, serial number 1573481; a Bryco, model J-22, .22 Long Rifle caliber pistol, serial number 1117967; a Bryco, model 38, .380 caliber pistol, serial number 1571318; a Bryco, model Jennings 9, 9 millimeter caliber pistol, serial number 1581970; and a Bryco, model Jennings 9, 9 millimeter caliber pistol, serial number 1584906, said possession being in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g).

COUNT TWO

On or about September 4, 2003, in the Northern District of Georgia, the defendant, JOSEPH TEIXIERA GONCALVES, did willfully steal and carry away from the premises of "Jomars Mart", a federally licensed firearm dealer, firearms which were then in the business inventory of "Jomars Mart", those being a Bryco, model J25, .25 caliber pistol, serial number 1573481; a Bryco, model J-22, .22 Long Rifle caliber pistol, serial number 1117967; a Bryco, model 38, .380 caliber pistol, serial number 1571318; a Bryco, model Jennings 9, 9 millimeter caliber pistol, serial number 1581970; and a Bryco, model Jennings 9, 9 millimeter caliber pistol, serial number 1584906, said firearms having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Section 922(u).

SPECIAL FINDINGS

With respect to the indictment:

(a) defendant possessed stolen firearms; and

(b) defendant possessed the firearms in connection with another felony offense, that being, Theft by Taking.

A TRUE BILL

FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

for JOY LAMPLEY FORTSON
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6257
Georgia Bar No. 432327