PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

MAY 25 2006

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT

## for

# NORTHERN DISTRICT OF GEORGIA

**U. S. A. vs. Joseph Texlera Goncalves** **Docket No. 1:04-CR-628-TWT**

**PETITION FOR WARRANT AND ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED**

COMES NOW Jeffery Caldwell PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Joseph Texiera Goncalves who was placed on supervision for the offense of Possession of a Firearm by a Convicted Felon, 18 U.S.C. §922(g) , by the Honorable Thomas W. Thrash, Jr. sitting in the court at Atlanta, on the 23[th] day of August, 2005 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

Pursuant to 42 U.S.C. 14135a(d)(1) and 10 U.S.C. 1565(d), which requires mandatory DNA testing for federal offenders convicted of felony offenses, the defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property(real, personal, or rental), residence, office, and/or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

General Condition: While on supervised release, the defendant shall not commit another federal, state, or local, crime and shall not illegally possess a controlled substance.

**<u>Violation #1</u>: On or about May 17, 2006, a warrant was issued by the Pawtuket Police Department (Rhode Island) for Joseph Goncalves for the offenses of Driving a Motor Vehicle Without Consent and Obstruction of an Officer.**

Condition # 6: The defendant shall notify the probation officer within 72 hours of any change in residence or employment.

**Violation# 2: On or about May 17, 2006, Joseph Goncalves absconded from supervision and has not resided at his residence of record.**

Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substances;.

**Violation #3: On May 2, 2006, during his first office visit after being released from prison, Joseph Goncalves provide a urine sample which tested positive for cocaine and marijuana. After being placed on the Color Code Drug Testing Program, Joseph Goncalves missed two (2) scheduled urine screens.**

Special Condition: The defendant shall participate in the drug/alcohol treatment program as directed by the United States Probation Officer and if able, contribute to the cost of services for such treatment.

**Violation 4: After testing positive for cocaine and marijuana, Joseph Goncalves was referred to outpatient treatment at Providence Community Action but did not follow through with drug treatment.**

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Joseph Texiera Goncalves and that Joseph Texiera Goncalves be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

ORDER OF COURT

Considered and ordered this 25 day of

May, 2006

and ordered filed and made a part of the records

in the above case.

Thomas W. Thrash
Honorable Thomas W. Thrash, Jr.
U. S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Jeffery Caldwell
U. S. Probation Officer

Place: Atlanta, Georgia

Date: May 25, 2006

Phillip N. Burgest
Supervising U. S. Probation Officer

AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

## WARRANT FOR ARREST

**UNITED STATES OF AMERICA**
**v.**
**Joseph Texiera Goncalves**

**Case Number: 1:04-CR-628-TWT**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Joseph Texiera Goncalves and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ■ Supervised Release Violation Petition

charging him with:

New Criminal Charges: Obstruction of an Officer, Driving Vehicle Without Consent. In violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

Thomas W. Thrash
Honorable Thomas W. Thrash, Jr.
U. S. District Court Judge

May 25, 2006
Date

Atlanta
Location

Bail fixed at $ NO BOND By Thomas W. Thrash
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Joseph Texiera Goncalves

ALIAS: Joseph Tiexeria Goncalves

LAST KNOWN RESIDENCE: **In custody in Rhode Island (Please contact the U.S. Marshal's Office to place a hold on the subject.)**

LAST KNOWN EMPLOYMENT: Supervised by the District of Rhode Island

PLACE OF BIRTH: Pawtuckett, Rhode Island

DATE OF BIRTH: August 13, 1979

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'4" WEIGHT: 170 lbs.

SEX: Male RACE: White

HAIR: brown EYES: green

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 110001FB9

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

U. S. Probation Office
2000 Powers Ferry Road, Suite 530
Mareitta, GA 30067
Jeffery Caldwell
U. S. Probation Officer
770-980-0369 Ext. 222