**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:06-CR-68T** |
| | ) | |
| **JOSEPH TEXIERA GONCALVES** | ) | |

# MOTION TO SET BAIL PENDING SENTENCING

Now comes the defendant, Joseph Texiera Goncalves, and moves this Honorable Court to set bail pending sentencing in this mater to allow the defendant to be released into an in-patient drug treatment program under the supervision of the Office of United States Probation. Although the defendant has not yet received approval for admission into an in-patient drug treatment facility, defendant and defense counsel both believe that it is in his best interest to obtain treatment pending his sentencing.

Respectfully submitted
Joseph Texiera Goncalves
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion, postage pre-paid, to Andrew Reich, Assistant United States Attorney, on June 20th, 2006.