UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 06-86T |
| | : | |
| JOSEPH TEXIERA GONCALVES | : | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO SET BAIL PENDING SENTENCING

The United States of America, by and through its undersigned attorney, respectfully submits this Objection to defendant's Motion to Set Bail Pending Sentencing.

On August 23, 2005, the defendant was sentenced in the Northern District of Georgia to 21 months imprisonment and 3 years supervised release following his guilty plea to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g). His supervised released commenced on April 27, 2006, and on June 6, 2006, jurisdiction was transferred to the District of Rhode Island.

On May 25, 2006, a supervised release warrant for the defendant's arrest was issued by the Northern District of Georgia. On June 19, 2006, the defendant appear in this District for a violation hearing, at which time he admitted to four violations of his supervised release. The violations consisted of the following:

1. The defendant committed another crime. On May 17, 2006, the defendant was a passenger in a car that was stopped for a traffic violation. During the stop, the defendant got into the police vehicle and drove off. The police vehicle was later recovered, without the defendant inside.

2. The defendant failed to notify the Probation Office of his residence for several days prior to his arrest on May 24, 2006. Attempts to locate the defendat at his residence proved unsuccessful.

3. On May 2, 2006, the defendant tested positive for the presence of cocaine and marijuana, and later admitted to using these substances.

4. After testing positive for cocaine and marijuana, the defendant failed to participate in a substance abuse referral to the Providence Community Action.

The government urges this Court to deny defendant's request for bail due to the repeated nature of his violations, because the violations occurred very soon after the defendant was placed on supervised released, due to the serious nature of the violations, including driving off in a police vehicle, and because the defendant was previously referred to Providence Community Action for substance abuse treatment, but chose not to follow through with the referral.

For all of these reasons the government respectfully requested this Court to deny defendant's Motion.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of June, 2006 I sent by U.S. mail a true copy of the within Government's Objection to Defendant's Motion to Set Bail Pending Sentencing was sent to:

Edward C. Roy, Esq.
Federal Public Defender
10 Weybosset Street, 3rd Floor
Providence, RI 02903

[signature]