UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 06-068 T

JOSEPH TEXEIRA GONCALVES :

MOTION TO DETERMINE PENDING VIOLATION

NOW comes the defendant, Joseph Texeira Goncalves, and moves that this Honorable Court issue a writ of habeas corpus directing that the United States Marshals Service deliver him to the court so that the defendant can dispose of a pending supervised release violation.

The defendant has been incarcerated since July 2, 2007. A United States detainer, based on a pending supervised release violation, was lodged on that same date. It is in Mr. Goncalves best interests to dispose of this violation.

The defendant has pending State of Rhode Island charges that cannot be disposed of until the pending federal supervised release violation is disposed of.

Wherefore, the defendant prays that this Honorable Court issue a writ of habeas corpus directing his appearance before the Court to answer to the pending supervised release violation.

JOSEPH TEXEIRA GONCALVES,
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528-4285 fax
edward_roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Andrew Reich, AUSA on the 13th day of November, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire