AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

Case Number: CR06-48-01

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph Texiera Goncalves.

I certify that I am admitted to practice in this court.

11-30-07.
Date

[signature]
Signature

Edward C. Roy, Jr.
Print Name

3029
Bar Number

10 WEYBOSSET STREET
Address

| City | State | Zip Code |
|---|---|---|
| PROVIDENCE | RI | 02903 |

| Phone Number | Fax Number |
|---|---|
| (401) 528-4281 | (401) 528-4285 |