UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 06-68T |
| | : | |
| JOSEPH TEXIERA GONCALVES | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO DETERMINE PENDING VIOLATION

The United States of America, by and through its undersigned attorney, respectfully submits this Response to defendant's Motion to Determine Pending Violation.

The government does not object to the Court's granting of said Motion.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich

ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001 fax)
E-mail:andrew.reich@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 4TH day of December, 2007, a copy of the within Government's Response to Defendant's Motion to Determine Pending Violation, to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participants have received notice electronically:

Edward C. Roy, Esq.
Federal Public Defender
10 Weybosset Street, 3rd Floor
Providence, RI 02903

/s/ Andrew J. Reich

ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001 fax)
E-mail:andrew.reich@usdoj.gov