UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 06-068 T

JOSEPH TEXEIRA GONCALVES :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO DETERMINE PENDING VIOLATION

The defendant, Joseph Texeira Goncalves, moved that this Honorable Court issue a writ of habeas corpus directing that the United States Marshals Service deliver him to the court so that the defendant can dispose of a pending supervised release violation. The motion was filed by counsel at the request of Mr. Goncalves, who has been incarcerated since July 2, 2007. A United States detainer, based on a pending supervised release violation, was lodged on that same date.

On November 30, 2007, the defendant appeared before United States Magistrate Judge Lincoln D. Almond and admitted the allegations set out in the violation report. On that same date, Magistrate Judge Almond issued a Report and Recommendation which recommended that the defendant serve a term of nine (9) months of incarceration, followed by a term of supervised release of eighteen months, with the first three months to be served in an inpatient substance abuse

counseling program/facility. Report and Recommendation at pp. 1-2.

JOSEPH TEXEIRA GONCALVES,
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
(401) 528-4285 Fax

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Andrew Reich, AUSA on the 5th day of December, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire