UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

United States of America

V

Joseph T. Goncalves

DKT# 1:06CR00068-01

Motion for Attorney of record to withdraw

Now comes the defendant,Joseph T.Goncalves and hereby respect fully request that this Honorable court allow attorney Edward Roy to withdraw due to a breakdown of the attorney/ client relation--ship the defendant and this attorney have irrecticiable defferences in defense strategy and the defendant simply has no trust in his-attorney's ability to properly represent him.

The defendant respectfully request that Edward Roy be allowed-to withdraw and that this Honorable court appoint the defendant a conflict free attorney.

Respectfully/Submitted
by defendant
Joseph Goncalves
Joseph Goncalves

I Joseph T.Goncalves to hereby certify that I send (1) one copy of said "motion" for attorney of record to withdraw to the Edward--Roy at the Federal defender office at the 10 Weybosset St Suite 300 Providence,RI 02907 and the Ausa's office for the district court to Andrew J.Reich State of Rhode Island.

United States District Court
Office of the Clerk
Providence,RI 02903-1779

January 14,2008

Respectfully/Submitted
by defendant
Joseph Goncalves
Joseph Goncalves-pro-se