From Joseph Goncalves
D.W.W.D.F
950 High St
Central Falls,RI
02863

January 14,2008

To Edward Roy
10 Weybosset St Suite 300
Providence,RI 02907

Dear Mr Roy

The reason for this letter is,On January 10,2008 you came to see me at the Wyatt detention center and you advised me that I could not file a motion to run concurrent sentence with my state-case and the reason you gave me was that it was your choice to do this,that who am,I to tell you what to do.

I advised you that you were suppose to do this along time ago and you promised that you were going to take care of this --- before I went in front of the last judge On November 30,2007 and-you sold me out,then the judge gave you a dicision on the first-week of December and I was suppose to appeal that decision within 10 days.

I no longer trust in you,because you came up on January 10, 2008 and handed me my report and recommendation from magistrate - Judge Lincoln D.Almond and I should of had 10 days to appeal and-this was suppose to be done by December 14,2007.

This is one of the several reasons why,I want you replaced, I should not be going through all these legal matters,if you had done your job from the beginning as my attorney.

I feel that I'm doing more time than I have to because of -- bad representation,I am writing you to let you know that,I am -- filing a motion for you to withdraw off my case.

I called you on January 14,2008 and I advised you of what I want to do and now you want to work when,I am 13 days away from-- getting sentenced,I personally feel its to late the damage has -- been done since my last sentencing violation,when you should of - addressed all this to the judge knowing my state judge was willing to run my sentence together with my federal sentence and after all this I'm still going threw the same thing all over again.

I am sorry but this all has to come to light,see you in court thanks again.

Sincerely Yours
Joseph Goncalves
Joseph Goncalves

CC file