**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:06-CR-68T** |
| | ) | |
| **JOSEPH TEXIERA GONCALVES** | ) | |

---

**NOTICE OF APPEAL**

Now comes the defendant, Joseph Texiera Goncalves, and moves to appeal the sentence imposed on January 29,2008.

Respectfully submitted
Joseph Texiera Goncalves
By his attorney,

/s/ Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that the within was filed electronically with a copy to Andrew Reich, AUSA.

/s/ Edward C. Roy