UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

08-1165

January 31, 2008

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

U.S. COURT OF APPEALS
RECEIVED
FEB 07 2008
FOR THE FIRST CIRCUIT

RE: **USA v. Joseph T. Goncalves**
**CR06-68T**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket sheet in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Rana L. Smith
*Rana L. Smith*
DEPUTY CLERK

ENC: Notice of Appeal, Certified Docket, Original Court file (Doc. #'s: 1-11 and 22); Copy of Court file (Doc. #'s: 14-21 and 23)